LILLIAN LAPIDES, an Infant, etc., Respondent, v. EQUITABLE SURETY COMPANY OF NEW YORK, Appellant.— Motion granted, unless the appellant shall be ready to argue the appeal on the 22d day of September, 1927. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NIAL E. SMITH, as Administrator, etc., of ELSIE M. SMITH, Deceased, Respondent, v. TOWN OF OGDEN and Others, Appellants.— Motion granted, unless the appellants shall be ready to argue the appeal at the opening of the November, 1927, term of this court. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE VINCENT STONE COMPANY, INCORPORATED, Respondent, v. JAMES H. RYAN and Others, Appellants.— Motion granted, unless the appellants shall file and serve the printed papers on appeal on or before October 3, 1927, and in case of appellants' default so to file and serve said papers, final order of dismissal will be entered without other or further notice to appellants. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

H. FRANK MURTAUGH and Another, as Executors, etc., of WILLIAM MURTAUGH, Deceased, Respondents, v. W. B. NICOL & COMPANY, INCORPORATED, Appellant.— Motion granted and appeal dismissed, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD O. CARLSON and ROBERT A. WILLARD, Appellants.— Motion granted unless appellants shall be ready for argument on the 21st day of September, 1927. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DORA E. CLARK, Respondent, v. ROY K. CLARK, Appellant.— Motion granted and appeal dismissed, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LELAND W. HUTCHISON, by WARREN S. HUTCHISON, His Guardian ad Litem, Appellant, v. WILLIAM J. GALLAGHER, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BERTHA STRYKER, Appellant, v. WALTER T. GUDEON, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WAWZYN NOWAK, Appellant, v. THE BROTHERHOOD OF AMERICAN YEOMEN, Respondent.— Judgment affirmed, with costs, on the authority of Garrett v. Supreme Tribe of Ben Hur (219 App. Div. 413; affd., 245 N. Y. 644). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY NOWAK and LUDWIG NOWAK, Appellants, v. THE BROTHERHOOD OF AMERICAN YEOMEN, Respondent.— Judgment affirmed, with costs, on the authority of Garrett v. Supreme Tribe of Ben Hur (219 App. Div. 413; affd., 245 N. Y. 644). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.